- Case Type:
  CIVIL
- Case Status:
  Open
- File Date:
  10/13/2023
- DCM Track:
  
- Action:
  PERSONAL INJURY
- Status Date:
  10/13/2023
- Case Judge:
  BUCKWALTER, MICHAEL A
- Next Event:
  

| All Information | Party | Docket | Financial | Financial Dockets | Disposition |

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 10/13/2023 | COMPLAINT FOR PERSONAL INJURY FILED | COMPLAINT FOR PERSONAL INJURY FILED<br>JACK J LAH (Attorney) on behalf of CHARLES EVANS JR (Plaintiff) Receipt: 396499 Date: 10/13/2023 | $74.00 |
| 10/13/2023 | CIVIL CASE INFORMATION SHEET FILED | CIVIL CASE INFORMATION SHEET FILED --<br>JACK J LAH (Attorney) on behalf of CHARLES EVANS JR (Plaintiff) | |
| 10/13/2023 | COSTS FOR CIVIL MEDIATION PROJECT | COSTS FOR CIVIL MEDIATION PROJECT Receipt: 396499 Date: 10/13/2023 | $35.00 |
| 10/13/2023 | SPECIAL PROJECTS FUND ASSESSED AS COST FILED | SPECIAL PROJECTS FUND ASSESSED AS COST FILED Receipt: 396499 Date: 10/13/2023 | $80.00 |
| 10/13/2023 | INSTRUCTIONS FOR SERVICE FILED; | INSTRUCTIONS FOR SERVICE FILED;<br>JACK J LAH (Attorney) on behalf of CHARLES EVANS JR (Plaintiff) | |
| 10/13/2023 | SUMMONS FEE | SUMMONS FEE | $6.00 |
| 10/13/2023 | CHARGE FOR CERTIFIED MAIL | Issue Date: 10/13/2023<br>Service: CV Summons on Complaint<br>Method: 1 Certified Mail<br>Cost Per: $10.00<br><br>WALMART INC<br>702 SOUTHWEST 8TH STREET<br>BENTONVILLE, AR 72716<br>Tracking No: 9590926699042216056855<br><br>OHIO DEPARTMENT OF MEDICAID<br>C/O OHIO ATTORNEY GENERAL<br>COLLECTION & ENFORCEMENT SECTION<br>150 EAST GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215<br>Tracking No: 9590926699042216056862 | $20.00 |
| 10/24/2023 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>　Method  : 1 Certified Mail<br>　Issued   : 10/13/2023<br>　Service  : CV Summons on Complaint<br>　Served   : 10/27/2023<br>　Return   : 10/24/2023 | |

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| | | On : OHIO DEPARTMENT OF MEDICAID<br>Signed By : LANCE CORBIN<br><br>Reason : Successful<br>Comment :<br><br>Tracking # : 95909266990422 16056862 | |
| 10/27/2023 | SUBSTITUTION OF COUNSEL FILED; (TEXT) ENTERS APPEARANCE ON BEHALF OF (TEXT) | SUBSTITUTION OF COUNSEL FILED;<br>S MARK MATHEWS (Attorney) on behalf of OHIO DEPARTMENT OF MEDICAID (Defendant) | |
| 10/27/2023 | NOTICE OF APPEARANCE FILED | NOTICE OF APPEARANCE FILED<br>S MARK MATHEWS (Attorney) on behalf of OHIO DEPARTMENT OF MEDICAID (Defendant) | |
| 10/27/2023 | ANSWER FILED; | ANSWER OF DEFENDANT STATE OF OHIO, DEPARTMENT OF MEDICAID & CROSS-CLAIM AGAINST DEFENDANTS FILED;<br>S MARK MATHEWS (Attorney) on behalf of OHIO DEPARTMENT OF MEDICAID (Defendant) | |
| 10/27/2023 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : 1 Certified Mail<br>Issued : 10/13/2023<br>Service : CV Summons on Complaint<br>Served : 10/25/2023<br>Return : 10/27/2023<br>On : WALMART INC<br>Signed By : AIDEN RODRIGEZ<br><br>Reason : Successful<br>Comment :<br><br>Tracking # : 95909266990422 16056855 | |
| 11/21/2023 | ANSWER FILED; | ANSWER OF DEFENDANT WALMART, INC. TO PLAINTIFF'S COMPLAINT FILED;<br>JACKIE M JEWELL (Attorney) on behalf of WALMART INC (Defendant) | |
| 11/21/2023 | NOTICE OF SERVICE | NOTICE OF SERVICE OF DISCOVERY FILED;  DEFENDANT, WALMART GIVES NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS UPON PLAINTIFF ON NOVEMBER 17, 2023 . | |